UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/21/2025_
```

Justina Valerio Perez,

                Plaintiff,

-against-

Martin O'Malley, Commissioner of Social Security,

                Defendant.

24 Civ. 3744 (AT) (GRJ)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

      On May 15, 2024, Plaintiff, Justina Valerio Perez, filed this action against Martin O'Malley, the Commissioner of Social Security, seeking judicial review of Defendant's decision denying her disability insurance and supplemental security income benefits. *See generally* Compl., ECF No. 1. In December 2024, the Honorable Gary R. Jones issued a report (the "R&R") recommending that the Court grant Defendant judgment on the pleadings. R&R at 26, ECF No. 14. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *Id.* at 26–27; *see* Fed. R. Civ. P. 72(b)(2). The Court, therefore, reviews the R&R for clear error. *See Whitley v. Bowden*, No. 17 Civ. 3564, 2019 WL 1953941, at *1 (S.D.N.Y. May 1, 2019) (collecting cases). The Court finds no clear error in Judge Jones' thorough and well-reasoned R&R.

      Accordingly, the Court ADOPTS Judge Jones' R&R in its entirety and GRANTS Defendant judgment on the pleadings. The Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: January 21, 2025
       New York, New York

                                            ANALISA TORRES
                                United States District Judge