**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUSTINA VALERIO PEREZ,

                Plaintiff,                24 **CIVIL** 3744 (AT)(GRJ)

     -against-                   **JUDGMENT**

MARTIN O'MALLEY,
COMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 21, 2025, the Court ADOPTS Judge Jones' R&R in its entirety and GRANTS Defendant judgment on the pleadings. Accordingly, the case is closed.

**Dated:** New York, New York

    August 13, 2025

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

                    **BY:**

                                        **Deputy Clerk**